COHEN, Respondent, v. FISHER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Jacob Cohen against Joseph Fisher, impleaded with Morris Somach. L. B. Boudin, of New York City, for appellants. L. J. Bershad, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

DOWLING and HOTCHKISS, JJ., dissent.

COHEN, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Angelesea˙ Cohen against the Interborough Rapid Transit Company. A. H. Cole, of New York City, for appellant. J. W. Bermant, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted on payment of costs of action to date to be taxed. Order filed.

COHEN v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Isidore Cohen against the New York Railways Company. No opinion. Application denied, with $10 costs. Order signed.

COHEN v. VALLEY STREAM REALTY CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Jacques S. Cohen, etc., against the Valley Stream Realty Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 90 Misc. Rep. 343, 152 N. Y. Supp. 1075.

COHNFELD v. FORLONG et al. (Supreme Court. Appellate Division, First Department. July 9, 1915.) Action by Mary A. Cohnfeld against Margaret Forlong and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

COLEMAN, Respondent, v. SIMPSON, HENDEE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John D. Coleman against Simpson, Hendee & Company. No opinion. Judgment and order affirmed, with costs. See, also, 162 App. Div. 335, 147 N. Y. Supp. 865.

COLETY et al., Appellants, v. COLUMBIA BANK, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Francis Colety and others, surviving executors, etc., against the Columbia Bank. A. G. McLaughlin, of New York City, for appellants. S. Fleischman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COLLINS et al., Appellants, v. McCARTHY, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Mary L. Collins and others against John McCarthy. G. V. Mullan, of New York City, for appellants. A. Benedict, of New York City, for respondent. No opinion. De-termination affirmed, with costs. Order filed. See, also, 166 App. Div. 917, 151 N. Y. Supp. 1110.

COLT, Appellant, v. COLT, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Elizabeth B. Colt against Harris D. Colt. T. B. Chancellor, of New York City, for appellant. G. F. Lewis, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 165 App. Div. 984, 150 N. Y. Supp. 1082.

CONAHAN, Respondent, v. TERRY & TENCH CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Daniel Conahan against the Terry & Tench Company, Incorporated. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the court erred in refusing each of the two requests to charge made by defendant's counsel at folios 378 to 380. See, also, 163 App. Div. 913, 147 N. Y. Supp. 1104.

CONGRESS SHOE & RUBBER CO. v. MARSHALL. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by the Congress Shoe & Rubber Company against N. Monroe Marshall. No opinion. Motion granted. See, also, 152 N. Y. Supp. 1105.

CONOSCENTI v. HOLBROOK, CABOT & ROLLINS CORPORATION. (No. 7531.) (Supreme Court, Appellate Division, First Department. June 25, 1915.) Appeal from Trial Term, New York County. Action by Euplio Conoscenti, as administratrix, against Holbrook, Cabot & Rollins Corporation. Judgment for the plaintiff, and defendant appeals. Affirmed. Benjamin Patterson, of New York City, for appellant. Joseph V. Gallagher, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent upon the ground that there was no evidence to sustain a finding that the defendant was negligent or that the decedent was free from contributory negligence, but the testimony expressly shows that the accident was caused by a violation of the rules established for the protection of defendant's employés and by an occurrence which the defendant could not have anticipated.

COOPER, Appellant, v. NOVORE, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Edwin Q. Cooper against Isaac Novore, otherwise known as Isaac Voron. A. C. Cass, of New York City, for appellant. G. D. Lamb, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1111.